**STATE of Rhode Island COMMISSION FOR HUMAN RIGHTS et al.**

v.

**RHODE ISLAND DEPARTMENT OF CORRECTIONS.**

**No. 83-5-M.P.**

Supreme Court of Rhode Island.

April 14, 1983.

Thomas W. Pearlman, Cynthia M. Hiatt, Commission for Human Rights, Providence, for petitioner.

Dennis J. Roberts II, Atty. Gen., George M. Cappello, Cranston, Anthony A. Cipriano, Johnston, for respondent.

ORDER

The petition for writ of certiorari is granted. This case is hereby consolidated for oral argument with *Woonsocket Health Center v. Wallace D. Simmons,* No. 81–406–M.P. and *Nazareth Home d/b/a Carter Day Nursery v. Louise Sherrod et al.,* No. 82–342–M.P.